**IT IS ORDERED as set forth below:**

Date: April 04, 2011

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| WARRICK EZEKIEL RACHEL, | ) | CASE NO. 11-53644-WLH |
| | ) | |
| DEBTOR. | ) | JUDGE WENDY L. HAGENAU |

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE | ) | |
| | ) | |
| MOVANT | ) | |
| V. | ) | CONTESTED MATTER |
| WARRICK EZEKIEL RACHEL, | ) | |
| DEBTOR | ) | |
| | ) | |
| JANET G. WATTS,    TRUSTEE | ) | |
| RESPONDENTS | ) | |

### ORDER GRANTING RELIEF FROM STAY

Nationstar Mortgage (the "Movant") filed a Motion for Relief from Stay regarding 1437 Oak Ridge Rd., Austell, GA 30168 (the "Property") March 9, 2011 (Doc. No. 10) (the "Motion"), which came before the Court for hearing March 31, 2011, upon Notice which

Movant contends was given to each of the above captioned parties in interest. No opposition to the Motion was filed or presented at the hearing; accordingly, it is hereby

ORDERED that the automatic stay of 11 U.S.C. Section 362(a) is modified as to the Property to allow Movant to proceed to assert its state law and contract rights, including but not limited to the institution and completion of foreclosure proceedings, dispossession and collection of reasonable fees; provided, however, that any funds in excess of the lawful claim of Movant under its Note and Security Deed shall be paid promptly to the Trustee for the benefit of the Estate. It is further

ORDERED that the provisions of Bankruptcy Rule 4001(A)(3) are waived and the Order shall be in full force and effect upon signature of this court.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/_____
Richard B. Maner
Attorney for Nationstar Mortgage
GA Bar No. 486588
Richard B. Maner, PC
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328
Phone: (404) 252-6385; Fax: (404) 252-6394
rmaner@rbmlegal.com

## DISTRIBUTION LIST

Richard B. Maner, Esq.
Richard B. Maner, PC
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328

Warrick Ezekiel Rachel
1437 Oak Ridge Road
Austell, GA 30168

Clark and Washington
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341

Janet G. Watts
Chapter 7 Trustee
600 North Glynn Street
Suite C
Fayetteville, GA 30214